# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:25-CV-1033-SCR-DCK

| | | |
|---|---|---|
| **APRIL MICHELLE DAVIES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHARLOTTE MECKLENBURG** | ) | |
| **POLICE DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Charlotte Mecklenburg Police Dept.'s Motion To Dismiss" (Document No. 16) filed February 11, 2026.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and applicable authority, the undersigned will direct that the pending motion to dismiss be <u>denied</u> as moot.

Federal Rule of Civil Procedure 15 applies to the amendment of pleadings and allows a party to amend once as a matter of course within 21 days after serving, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  Fed. R. Civ. P. 15(a)(1).

Plaintiff filed her "First Amended Complaint" (Document No. 19) pursuant to Fed. R. Civ. P. 15(a)(1)(B) on February 13, 2026.  "It is well-settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot."

1

Hall v. Int'l Union, United Auto., Aerospace & Agric. Implement Workers of Am., No. 3:10-CV-418-RJC-DSC, 2011 WL 4014315, at *1 (W.D.N.C. June 21, 2011).

**IT IS, THEREFORE, ORDERED** that "Defendant Charlotte Mecklenburg Police Dept.'s Motion To Dismiss" (Document No. 16) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: March 2, 2026

David C. Keesler
United States Magistrate Judge

2